JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyu Hwa Back<br><br>Plaintiff,<br><br>v.<br><br>2379 Westwwod Investors, LLC et al<br><br>Defendants. | Case No. CV 19-02763-AB (JPRx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(PURSUANT TO LOCAL RULE 41) |

On July 19, 2019, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. A written response to the Order to Show Cause was filed on August 2, 2019. In light of Plaintiff's response to the Order to Show, the Court continued the Order to Show Cause response deadline to September 2, 2019. No response having been filed to the Court's Order to Show Cause,

//

//

1.

| | |
|---|---|
| 1 | **IT IS ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41. |

    **IT IS ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: September 10, 2019      _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE